**AFFIDAVIT OF SERVICE**

Index #: 14-cv-1358 JLR
Date Filed: September 4, 2014
AOS Filed:
Court Date:
File No.:

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

ATTORNEY(S): WILLIAMSON & WILLIAMS KIM WILLIAMS, Esq.
ADDRESS: 936 NORTH 34TH STREET SEATTLE, WA 98103 PH:(206) 466-6230

JANET HODGIN and ANNE-MARIE NEWBOLD,

vs

PARKER WAICHMAN LLP, et al.,

*Plaintiff*

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

Terence Kelly, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On September 10, 2014 at 12:38 PM at 6 HARBOR PARK DRIVE, PORT WASHINGTON, NY 11050, deponent served the within **Civil Cover Sheet, Summons In A Civil Action, Class Action Complaint For Damages and Injunctive Relief**

with Index Number 14-cv-1358 JLR, and Date Filed September 4, 2014 endorsed thereon,
on: **PARKER WAICHMAN LLP c/o JERROLD S. PARKER, ESQ.**, **Defendant** therein named.

#1 INDIVIDUAL ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION ☒ By delivering to and leaving with **Dawn Kielbasa - Receptionist -** and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON ☐ By delivering a true copy of each to - a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called threat on

#5 MAIL COPY ☐ On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 NON-SRVC ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

Attempts

#7 DESCRIPTION ☒ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex Female  Color of skin White  Color of hair Brown  Age 35  Height 5ft4in - 5ft8in
Weight 131-160 Lbs.  Other Features:

#8 WIT. FEES ☐ $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC ☐ Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER ☐

Sworn to before me on this 11th day of September, 2014

STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2016

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2016



Terence Kelly
Server's Lic #
Work Order # 1078582

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL. 516-333-6380 • FAX 516-333-6382

NYC DCA LIC. # 1381942