UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| JANET HODGIN, et al., | CASE NO. C14-1358JLR |
|---|---|
| Plaintiff, | RULE 16(b) AND RULE 23(d)(2) SCHEDULING ORDER REGARDING CLASS CERTIFICATION MOTION |
| v. | |
| PARKER WAICHMAN LLP, | |
| Defendant. | |

| | |
|---|---|
| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) | *January 31, 2015* |
| Deadline for Plaintiffs to file motion for class certification (noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda). | *March 7, 2015* |

ORDER - 1

1     This Order is issued at the outset of the case, and a copy is sent by the clerk to
2 counsel for plaintiff (or plaintiff, if pro se) and any defendants who have appeared.
3 Plaintiff's counsel (or plaintiff, if pro se) is directed to serve copies of this Order on all
4 parties who appear after this Order is filed. Such service shall be accomplished within
5 ten (10) days after each appearance.

6     The court will set further case schedule deadlines pursuant to Federal Rule of Civil
7 Procedure 16(b) after ruling on the motion for class certification. Counsel for Plaintiff(s)
8 shall inform the court immediately should Plaintiff(s) at any time decide not to seek class
9 certification. The dates set in this scheduling order are firm dates that can be changed
10 only by order of the court, not by agreement of the parties. The court will alter these
11 dates only upon good cause shown. The failure to complete discovery within the time
12 allowed will not ordinarily constitute good cause.

13     Dated this 24th day of September, 2014.

JAMES L. ROBART
United States District Judge

ORDER - 2