Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JANET HODGIN and ANNE-MARIE NEWBOLD,<br><br>Plaintiffs,<br><br>vs.<br><br>PARKER WAICHMAN LLP and JOHN DOES 1-10,<br><br>Defendants. | No. 14-cv-1358 JLR<br><br>CORPORATE DISCLOSURE STATEMENT |

Defendant Parker Waichman LLP makes the following corporate disclosure pursuant to Federal Rule of Civil Procedure 7.1:

Defendant Parker Waichman LLP, by and through their attorney of record, the law firm of Lee Smart, P.S., Inc., represent that Parker Waichman LLP is a limited liability partnership. Its partners are Jerrold Parker and Herbert Waichman. The partnership is not affiliated with any other private or publically traded corporation.

CORPORATE DISCLOSURE STATEMENT - 1
14-cv-1358 JLR
5703334.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

DATED this 29th day of September, 2014.

LEE SMART, P.S., INC.

By: _____
Joel E. Wright, WSBA No. 8625
Lee Smart, P.S., Inc.
701 Pike Street, Suite 1800
Seattle, WA 98101
Tele. 206-624-7990
Fax. 206-624-5944
jw@leesmart.com
Of Attorneys for Defendant
Parker Waichman LLP

By: _____
Jerrold Parker
Parker Waichman LLP

CORPORATE DISCLOSURE STATEMENT - 2
14-cv-1358 JLR
5703334.doc

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individual(s):

Ms. Kim Williams
Mr. Rob Williamson
Williamson & Williams
936 N. 34th Street, Suite 300
Seattle, WA 98103
kim@williamslaw.com
roblin@williamslaw.com

Ms. Beth E. Terrell
Terrell Marshall Daudt & Willie PLLC
936 N. 34th Street, Suite 400
Seattle, WA 98103-8869
bterrell@tmdlegal.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

DATED this 29th day of September, 2014, at Seattle, Washington.

/s/ Susan M. Munn
Susan Munn, Legal Assistant
sm@leesmart.com

CORPORATE DISCLOSURE STATEMENT - 3
14-cv-1358 JLR
5703334.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944