Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JANET HODGIN and ANNE-MARIE NEWBOLD,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>PARKER WAICHMAN LLP and JOHN DOES 1-10,<br><br>　　　　Defendants. | No. 14-cv-1358 JLR<br><br>STIPULATED MOTION FOR PARTIAL DISMISSAL AND TRANSFER OF VENUE<br><br>NOTED FOR HEARING:  NOVEMBER 3, 2014 |

　　THE PARTIES HEREBY STIPULATE to the dismissal of the claims of Janet Hodgin without prejudice.   As the remaining named plaintiff in this action resides in Louisville, Kentucky, the parties further stipulate to the transfer of this case to the Western District of Kentucky.

　　DATED this 3rd day of November, 2014.

LEE SMART, P.S., INC.


By:/s/ Joel E. Wright
　　Joel E. Wright, WSBA No. 8625
　　Lee Smart, P.S., Inc.
　　701 Pike Street, Suite 1800
　　Seattle, WA  98101
　　206-624-7990
　　jw@leesmart.com
　　Attorneys for Defendant
　　Parker Waichman LLP

STIPULATED MOTION FOR PARTIAL DISMISSAL
AND TRANSFER OF VENUE - 1
14-cv-1358 JLR

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1
2
3       WILLIAMSON & WILLIAMS
4       By:/s/ Kim Williams
            Kim Williams, WSBA No. 9077
5           Rob Williamson, WSBA No. 11387
            Williamson & Williams
6           17253 Agate Street SE
            Bainbridge Island, WA  98110-2593
7           206 780-4447
            kim@williamslaw.com
8           roblin@williamslaw.com
            Attorneys for Plaintiffs
9
            Beth E. Terrell, WSBA #26759
10          Email: bterrell@tmdwlaw.com
            TERRELL MARSHALL DAUDT & WILLIE
11          936 North 34th Street, Suite 300
            Seattle, Washington  98103
12          Telephone: (206) 816-6603
            Facsimile: (206) 350-3528
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTED FOR HEARING:  NOVEMBER 3, 2014 - 2
14-cv-1358 JLR

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle ·WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individual(s):

| | |
|---|---|
| Kim Williams | Kim@williamslaw.com |
| Rob Williamson | Rob @williamslaw.com |
| Beth E. Terrell | Bterrell@tmdwlaw.com |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

DATED this _____ day of October, 2014, at Seattle, Washington.

/s/ Susan M. Munn
Susan M. Munn, Legal Assistant
sm@leesmart.com

NOTED FOR HEARING:  NOVEMBER 3, 2014 - 3
14-cv-1358 JLR

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944