Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JANET HODGIN and ANNE-MARIE NEWBOLD,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>PARKER WAICHMAN LLP and JOHN DOES 1-10,<br><br>　　　　　Defendants. | No. 14-cv-1358 JLR<br><br>ORDER GRANTING MOTION FOR PARTIAL DISMISSAL AND TRANSFER OF VENUE<br><br>**[Proposed]**<br><br>**NOTED FOR HEARING: November 3, 2014** |

　　　The Court, having reviewed the Stipulation of the Parties now enters the following Order:  It is hereby Ordered that the claims of Janet Hodgin are hereby dismissed without prejudice and this matter is transferred to the Western District of Kentucky.

　　　ENTERED this _____ day of _____ , 2014.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. James L. Robart

ORDER GRANTING MOTION FOR PARTIAL
DISMISSAL AND TRANSFER OF VENUE - 1

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944